IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO OCHOA, | No. 2:12-CV-2988-CMK-P |
|     Petitioner, | |
|  vs. | ORDER |
| ANTHONY HEDGPETH, | |
|     Respondent. | |
|                                 / | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Petitioner has not filed a complete application to proceed in forma pauperis, along with a "certification from the warden or other appropriate officer of the place of confinement showing the amount of money or securities that the petitioner has in any account in the institution" as required by Rule 3(a)(2) of the Federal Rules Governing Section 2254 Cases, or paid the required filing fee. See 28 U.S.C. §§ 1914(a), 1915(a). Specifically, petitioner failed to sign his application. Petitioner will be provided the opportunity to submit either a completed application to proceed in forma pauperis. As to the certification requirement, the court acknowledges petitioner has provided a certificate of funds, certified by the prison officials. A

1

new certification is not necessary. Submission of a new signed application will be sufficient to satisfy the requirements.

In addition, petitioner's petition for a writ of habeas corpus (Doc. 1) is also pending before the court..

Rule 2(c) of the Federal Rules Governing Section 2254 Cases requires that every habeas corpus petition must: (1) specify all the grounds for relief; (2) state the facts supporting each ground for relief; (3) state the relief requested; (4) be printed, typewritten, or legibly handwritten; and (5) be signed under penalty of perjury. In the instant case, the petition fails to meet one or more of these requirements. Again, petitioner failed to sign his petition. A petition for writ of habeas corpus must be signed under penalty of perjury.

Petitioner will be provided an opportunity to file an amended petition which satisfies Rule 2(c). Petitioner is warned that failure to comply with this order may result in the dismissal of this action for lack of prosecution and failure to comply with court rules and orders. See Local Rule 110.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner shall submit on the form provided by the Clerk of the Court, within 30 days from the date of this order, a complete *signed* application for leave to proceed in forma pauperis;

2. The Clerk of the Court is directed to send petitioner a new form Application to Proceed In Forma Pauperis By a Prisoner;

3. Petitioner's petition for writ of habeas corpus (Doc. 1) is dismissed with leave to amend;

4. Petitioner shall file an amended petition on the form employed by this court, and which satisfies the requirements of Rule 2(c) of the Federal Rules Governing Section 2254 Cases, within 30 days of the date of this order; and

/ / /

5.        The Clerk of the Court is directed to send petitioner the court's form habeas corpus application.

DATED: April 11, 2013

                                                                           /s/ Craig M. Kellison  
                                                                          **CRAIG M. KELLISON**  
                                                                          UNITED STATES MAGISTRATE JUDGE