**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

SERGIO OCHOA,                                    No. 2:12-CV-2988-CMK-P

        Petitioner,

    vs.                                                            <u>ORDER</u>

ANTHONY HEDGPETH,

        Respondent.

_____/

        Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

        On April 11, 2013, the court issued an order requiring petitioner submit a new application to proceed in forma pauperis and an amended petition as petitioner had failed to sign either prior to filing with the court.  Petitioner failed to do so within the time provided, so the court issued an order to show cause requiring petitioner to show cause why this action should not be dismissed.  Petitioner failed to respond to the order to show cause, but has submitted a new motion to proceed in forma pauperis.  As petitioner has submitted the affidavit required by 28 U.S.C. § 1915(a) showing that petitioner is unable to prepay fees and costs or give security therefor, his motion will be granted.

1

1          Petitioner has not, however, submitted a signed amended petition.  Petitioner was

2   previously informed that Rule 2(c) of the Federal Rules Governing Section 2254 Cases requires

3   that every habeas corpus petition must: (1) specify all the grounds for relief; (2) state the facts

4   supporting each ground for relief; (3) state the relief requested; (4) be printed, typewritten, or

5   legibly handwritten; and (5) be signed under penalty of perjury.  Here petitioner failed to sign his

6   petition.  A petition for writ of habeas corpus must be signed under penalty of perjury.

7          Petitioner will be provided one last opportunity to file an amended petition which

8   satisfies Rule 2(c).  Petitioner is warned that failure to comply with this order may result in the

9   dismissal of this action for lack of prosecution and failure to comply with court rules and orders.

10  See Local Rule 110.

11          Accordingly, IT IS HEREBY ORDERED that:

12          1.     Petitioner's motion for leave to proceed in forma pauperis (Doc. 9) is

13  granted;

14          2.     Petitioner shall file a signed amended petition on the form employed by

15  this court, which satisfies the requirements of Rule 2(c) of the Federal Rules Governing Section

16  2254 Cases, within 30 days of the date of this order; and

17          3.     The Clerk of the Court is directed to send petitioner the court's form

18  habeas corpus application.

19

20   DATED:  January 8, 2014

21

22                                      CRAIG M. KELLISON

                                      UNITED STATES MAGISTRATE JUDGE

23

24

25

26